```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 06631
  KEITH SMITH
  DAWN SMITH                                    CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-6120    SSN XXX-XX-3304
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/13/07 and confirmed on 10/03/07.

2. The plan is paid in full.

3. The Debtor paid a total of $ 14364.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| ROBERT B STEELE ESQ | SECURED | .00 | .00 | .00 |
| GARRISON FABRIZIO & HANS | SECURED | .00 | .00 | .00 |
| MIDWEST CAPITAL INVESTME | SECURED | .00 | .00 | .00 |
| NICOR GAS | SECURED | .00 | .00 | .00 |
| S I SECURITIES | SECURED | .00 | .00 | .00 |
| AMERISHIELD | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ASSOC ANESTHESIOLOGISTS | UNSECURED | 600.00 | .00 | 600.00 |
| ASSOCIATED PATHOLOGISTS/ | UNSECURED | NOT FILED | .00 | .00 |
| ASSOC RADIOLOGISTS OF JO | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| BEST BANK | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 6349.45 | .00 | 6349.45 |
| COLLECTION PROFESSIONALS | UNSECURED | 576.20 | .00 | 576.20 |
| COLLECTION PROFESSIONALS | UNSECURED | 705.36 | .00 | 705.36 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| SPRINGFIELD OB GYN | UNSECURED | NOT FILED | .00 | .00 |
| EAST JOLIET SANITARY | UNSECURED | 483.50 | .00 | 483.50 |
| EDWARDS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| NCO FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |
| GEMB/JCP | UNSECURED | NOT FILED | .00 | .00 |
| HELLER & FRISONE | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HEARTLAND CARDIOVASCULAR | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 668.77 | .00 | 668.77 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |

```
IMBS                            UNSECURED      NOT FILED         .00         .00
IQ TELECOM                      UNSECURED      NOT FILED         .00         .00
JAMES M WILCOX DDS              UNSECURED         407.10         .00      407.10
JOHN A REED                     UNSECURED      NOT FILED         .00         .00
KCA FINANCIAL SERVICES          UNSECURED      NOT FILED         .00         .00
MCS                             UNSECURED      NOT FILED         .00         .00
MIDLAND CREDIT MGMT             UNSECURED      NOT FILED         .00         .00
ASSET ACCEPTANCE CORP           UNSECURED         418.88         .00      418.88
TIMOTHY A CLARK                 UNSECURED      NOT FILED         .00         .00
QUEST DIAGNOSTICS               UNSECURED      NOT FILED         .00         .00
RJM ACQUISITIONS LLC            UNSECURED          91.68         .00       91.68
RMI/MCSI                        UNSECURED      NOT FILED         .00         .00
SILVER CROSS HOSPITAL           UNSECURED      NOT FILED         .00         .00
PROVENA ST JOSEPH MEDICA        UNSECURED      NOT FILED         .00         .00
STEPPING STONES                 UNSECURED         423.75         .00      423.75
TEK COLLECT CORP                UNSECURED      NOT FILED         .00         .00
WORLDZEN COLLECTION AND         UNSECURED      NOT FILED         .00         .00
ALLIED ANESTHESIA               UNSECURED      NOT FILED         .00         .00
JOLIET PAIN CTR                 UNSECURED      NOT FILED         .00         .00
SHOREWOOD FAMILY DENTAL         UNSECURED      NOT FILED         .00         .00
ST JOSEPH MEDICAL CENTER        UNSECURED      NOT FILED         .00         .00
WILL COUNTY CIRCUIT CT C        UNSECURED      NOT FILED         .00         .00
JEFFERSON CAPITAL SYSTEM        UNSECURED        2281.83         .00     2281.83
```

Summary of disbursements:

```
                       SECURED     PRIORITY    UNSECURED      OTHER       TOTAL
TOTAL CLMS ALLOWED         .00          .00     13006.52        .00    13006.52
PRINCIPAL PAID             .00          .00     13006.52        .00    13006.52
INTEREST PAID              .00          .00          .00        .00         .00
TOTAL PAID                 .00          .00     13006.52        .00    13006.52
```

The Debtor's attorney, RICHTER & JAROS                    , was allowed $        .00
and was paid $         .00 .

The Trustee received $     707.64 .

Refunds to the Debtor totaled $     649.84 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/11/09                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                           PAGE  3
     CASE NO. 07 B 06631 KEITH SMITH & DAWN SMITH
```